# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *FORT WORTH DIVISION*

Danny Quinonez, and behalf of himself and oth
Plaintiff

v.

4:16-cv-01092-O
Civil Action No.

Alpha Air Conditioning, Heating & Electrical
Defendant

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Danny Quinonez, and behalf of himself and others similarly situated

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

Danny Quinonez, and behalf of himself and others similarly situated, Bailey Peavy Bailey Cowan Heckaman, PLLC, F. Kenneth Bailey Jr., Adam Peavy, K. Camp Bailey, Robert W. Cowan, Aaron Heckaman

|  |  |
|---|---|
| Date: | December 1, 2016 |
| Signature: | /s/  Robert W. Cowan |
| Print Name: | Robert W. Cowan |
| Bar Number: | 24031976 |
| Address: | 440 Louisiana, Suite 2100 |
| City, State, Zip: | Houston, Texas 77002 |
| Telephone: | 713-425-7100 |
| Fax: | 713-425-7101 |
| E-Mail: | rcowan@bpblaw.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons