IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DANIEL QUINONEZ on behalf of himself and others similarly situated, § § § *Plaintiffs*, § § v. § § ALPHA AIR CONDITIONING, HEATING & ELECTRICAL LLC, § § § *Defendant*. § § | CIVIL ACTION NO. 4:16-cv-01092-O JURY TRIAL DEMANDED COLLECTIVE ACTION |

**[PROPOSED] ORDER TO PROCEED WITHOUT LOCAL COUNSEL**

On the ___ day of _____, 2016, came on to be considered Plaintiff's Motion for Leave to Proceed without Local Counsel.  The Court, after having considered Plaintiff's Motion for Leave, is of the opinion that it should be **GRANTED**.

It is, therefore, **ORDERED** that leave is granted to Plaintiff to proceed in this action without local counsel, pursuant to Local Rule 83.10(a).

_____
HONORABLE REED O'CONNOR