IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **DANNY QUINONEZ,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:16-cv-1092-O |
| | § |
| **ALPHA AIR CONDITIONING,** | § |
| **HEATING, & ELECTRICAL, LLC,** | § |
| | § |
| Defendant. | § |

# ORDER

Before the Court is Plaintiff's Motion to Proceed Without Local Counsel and Incorporated Brief in Support (ECF No. 5), filed December 7, 2016. Having reviewed the motion, the Court finds that it should be and is hereby **GRANTED.**

Accordingly, it is **ORDERED** that Plaintiff's counsel is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). The Court further advises that if proceeding without local counsel disrupts this litigation or otherwise results in failure to comply with the rules of this Court, Plaintiff will be required to immediately obtain local counsel.

**SO ORDERED** on this **8th day** of **December, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE