AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Danny Quinonez | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:16-cv-01092-O |
| Alpha Air Conditioning, Heating & Electrical, LLC | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Alpha Air Conditioning, Heating & Electrical, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Robert Cowan
440 Louisiana
Suite 2100
Houston
Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RECEIVED
Date: 12.5.16 Time: 2:52 pm

CLERK OF COURT

DATE: 12/02/2016

Civil Action No. 4:16-cv-01092-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Alpha Air Conditioning, Heating, & Electrical, LLC
was received by me on *(date)* 12.5.16 @ 2:52PM

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Natalie Schellenberger, Registered Agent, who is designated
by law to accept service of process on behalf of *(name of organization)* Alpha Air Conditioning, Heating & Electrical, LLC
at 403 Temple Hall Hwy Ste 7 on *(date)* 12.7.16 @ 4:38 PM ; or
Granbury, TX 76049 in Hood County

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12.9.16

Mary C Cook
Server's signature

Mary C. Cook SCH 9305 EXP 1.31.18
Printed name and title
P.O. Box 2415
Burleson, TX 76097
Server's address

STATE OF Texas
COUNTY OF Tarrant

Sworn to (or affirmed) and subscribed before me
this 9 day of Dec 2016, by Mary C. Cook

Notary Public's Signature    Tina Talamini
                             Notary Name

Personally known ✓ OR
Type of Identification Produced _____

Additional information regarding attempted service, etc:

TINA TALAMINI
ID #128910785
My Commission Expires
March 29, 2020