**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DANNY QUINONEZ,,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:16-cv-001092-O-BP** |
| | § | |
| **ALPHA AIR CONDITIONING,** | § | |
| **HEATING, & ELECTRICAL, LLC, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (ECF No. 54). No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge (ECF No. 54) are correct and they are adopted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiffs' Motion for Discovery Sanctions (ECF No. 43) is **GRANTED.** Accordingly, Defendants' Answer (ECF No. 8) is hereby **ORDERED STRUCK** from the record.

**SO ORDERED** on this **12th day** of **December, 2017**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**